IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILBERT DAVIS,                                        *

          Petitioner,                             *

v.                                                     Case No.   5:26-cv-00080-TES-ALS

                                        *

LIEUTENANT ANDREW MCFARLANE,

                                        *

          Respondent.

                                        *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 24, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 27th day of July, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk